United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 18-10147-MT
Shaun Michael Reynolds                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1       User: lfisherC         Page 1 of 1         Date Rcvd: Feb 05, 2018
                  Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db             +Shaun Michael Reynolds,    7912 Ventura Canyon Avenue,    Panorama City, CA 91402-6311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
        Edward A Treder    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
        Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
        Ronald A Norman    on behalf of Debtor Shaun Michael Reynolds ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                              TOTAL: 4

Law Offices of Ronald A Norman
5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607
818-761-7181
Fax : 818-232-9283
Email: ronaldanorman@sbcglobal.net

**FILED & ENTERED**

**FEB 05 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Fisher    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DI STRICT OF CALIFORNIA-
# SAN FERNANDO VALLEY DIVISION

In re:

SHAUN MICHAEL REYNOLDS

Debtor

Case No.: 1:18-bk-10147-MT

Chapter 13

ORDER EXTENDING TIME RE SCHEDULES AND STATEMENTS

Upon the Debtor's motion for an order extending the time by which the Debtor may file said motion and an order extending the time by which the Debtor must file the schedules, statements, and other documents required by Federal Rules of Bankruptcy Procedure Rule 1007 subdivision (b), (1), (4), (5),and (6) and the Court having reviewed said motion and notice having been given thereof and it appearing that there is sufficient cause therefor,

//

//

//

//

MOTION FOR ORDER EXTENDING TIME

1

1
2
3    IT IS HEREBY ORDERED that the Motion is granted and the deadline to file said
4  Schedules and Statements is extended through and including February 13, 2018.
5
                                              ###
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    Date: February 5, 2018
25                                                     _____
                                                        Maureen A. Tighe
26                                                      United States Bankruptcy Judge
27
28

MOTION FOR ORDER EXTENDING TIME

2